1  Glenn R. Kantor, Esq. State Bar No. 122643
   E-mail: gkantor@kantorlaw.net
2  Alan E. Kassan, Esq. State Bar No. 113864
   E-Mail: akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272  (FAX)

6  Attorneys for Plaintiff

7

8           UNITED STATES DISTRICT COURT OF CALIFORNIA
9                NORTHERN DISTRICT- SAN FRANCISCO
10
11  Bruce Pierce,                    )   CASE NO:
12          Plaintiff,                )
                                      )   NOTICE OF INTERESTED
13      VS.                           )   PARTIES
                                      )
14  Hartford Life and Accident Insurance )
    Company; and Pacific Gas         )
15  Transmission Company Long Term   )
    Disability Plan,                 )
16                                    )
            Defendants.               )
17  _____)

18

19      The undersigned, counsel of record for Plaintiff, Bruce Pierce, certifies that the
20  following listed party has a direct, pecuniary interest in the outcome of this case.
21  These representations are made to enable the Court to evaluate possible
22  disqualification or recusal.

23

24      The following is a list of the names of all such parties with their connection and
25  interest herein:
26      1.    Bruce Pierce;
27      2.    Hartford Life and Accident Insurance Company; and
28

1

3. Pacific Gas Transmission Company Long Term Disability Plan.

DATED: November 26, 2007

KANTOR & KANTOR, LLP

By: _____
Glenn R. Kantor
Alan E. Kassan
Attorney for Plaintiff
Bruce Pierce