Glenn R. Kantor, Esq. State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Alan E. Kassan, Esq. State Bar No. 113864
 E-Mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT- SAN FRANCISCO

| | |
|---|---|
| Bruce Pierce,<br><br>    Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company; and Pacific Gas Transmission Company Long Term Disability Plan,<br><br>    Defendants. | CASE NO: CV07 - 6016 SC<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT VIA CERTIFIED MAIL RETURN RECEIPT REQUIRED PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 415.40 AS ADOPTED UNDER F.R.C.P. RULE 4(h)(1) |

    I, Glenn Re. Kantor, hereby declare that on December 5, 2007, my assistant, Tinee Parell, served Defendant Pacific Gas Transmission Company Long Term Disability Plan, with the Summons; Complaint; Notice of Interested Parties; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; and USDC - San Francisco Filing Procedures, pursuant to California Code of Civil Procedure section 415.40 as allowed for and adopted under F.R.C.P. Rule 4(h)(1), by mailing said documents to the above-named Defendant at 717 Texan Avenue, Houston, Texas 77002-2761, via first class mail,

1  with postage prepaid and requiring a return receipt.  Service shall be deemed
2  complete on the tenth day after this mailing.
3
4       I declare the above under the penalty of perjury under the laws of the United
5  States of America.  Executed this 19th day of December, 2007 at Northridge,
6  California.
7
8                              KANTOR & KANTOR, LLP
9
10                   By:    /s/   Glenn R. Kantor
11                          Glenn R. Kantor
                            Alan E. Kassan
                            Attorney for Plaintiff
12                          Bruce Pierce

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PLAN ADMINISTRATOR
PACIFIC GAS TRANSMISSION COMPANY LONG TERM DISABILITY PLAN
C/O TRANS CANADA
717 TEXAN AVENUE
HOUSTON, TEXAS 77002-2761

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  12-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 3450 0003 8385 0853

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

2