Thomas K. Hockel (SBN 172367)
KELLY HERLIHY & KLEIN, LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
thockel@kelher.com

Attorneys for Defendants HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY and
PACIFIC GAS TRANSMISSION COMPANY
LONG TERM DISABILITY PLAN

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE PIERCE,<br><br>          Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AND PACIFIC GAS TRANSMISSION COMPANY LONG TERM DISABILITY PLAN,<br><br>          Defendants. | Case No.: CV-07-6016  SC<br><br>**STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO COMPLAINT** |

---

STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO COMPLAINT

Case No.: C-07-6016 SC

Plaintiff BRUCE PIERCE ("Plaintiff") and defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and PACIFIC GAS TRANSMISSION COMPANY LONG TERM DISABILITY PLAN (collectively "Defendants"), by and through their respective counsel, hereby stipulate that Defendants' time within which to respond to Plaintiff's complaint on file herein shall be and hereby is extended through and including February 1, 2008.

**IT IS SO STIPULATED.**

Dated: December 21, 2007

GLENN R. KANTOR
KANTOR & KANTOR

By /s/ Glenn R. Kantor
    Glenn R. Kantor
    Attorney for Plaintiff
    BRUCE PIERCE

Dated: December 21, 2007

KELLY, HERLIHY & KLEIN LLP

By /s/ Thomas K. Hockel
    Thomas K. Hockel
    Attorneys for Defendants
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and PACIFIC GAS TRANSMISSION COMPANY LONG TERM DISABILITY PLAN

-1-

STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO COMPLAINT

Case No.: C-07-6016 SC