1  Thomas K. Hockel (SBN 172367)
   KELLY HERLIHY & KLEIN, LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4  thockel@kelher.com

5  Attorneys for Defendants HARTFORD LIFE AND
   ACCIDENT INSURANCE COMPANY and
6  PACIFIC GAS TRANSMISSION COMPANY
   LONG TERM DISABILITY PLAN
7

8
                   UNITED STATED DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 | BRUCE PIERCE,                         ) Case No.: CV-07-6016 SC
                                           )
13 |         Plaintiff,                    ) **STIPULATION ENLARGING TIME FOR**
                                           ) **FILING OF RESPONSE TO COMPLAINT**
14 |    vs.                                )
                                           )
15 |                                       )
   | HARTFORD LIFE AND ACCIDENT            )
16 | INSURANCE COMPANY; AND PACIFIC        )
   | GAS TRANSMISSION COMPANY LONG         )
17 | TERM DISABILITY PLAN,                 )
                                           )
18 |                                       )
   |         Defendants.                   )
19 |                                       )
                                           )
20                                         )

21

22

23

24

25

26

27

28

---

**STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO COMPLAINT**

Case No.: C-07-6016 SC

1  Plaintiff BRUCE PIERCE ("Plaintiff") and defendants HARTFORD LIFE AND
2  ACCIDENT INSURANCE COMPANY and PACIFIC GAS TRANSMISSION COMPANY
3  LONG TERM DISABILITY PLAN (collectively "Defendants"), by and through their respective
4  counsel, hereby stipulate that Defendants' time within which to respond to Plaintiff's complaint
5  on file herein shall be and hereby is extended through and including February 1, 2008.
6  **IT IS SO STIPULATED.**

7
   Dated:  December 21, 2007            GLENN R. KANTOR
8                                        KANTOR & KANTOR
9
                                         By  /s/ Glenn R. Kantor
10                                           Glenn R. Kantor
                                             Attorney for Plaintiff
11                                           BRUCE PIERCE
12
13 Dated:  December 21, 2007            KELLY, HERLIHY & KLEIN LLP
14
                                         By  /s/ Thomas K. Hockel
15                                           Thomas K. Hockel
                                             Attorneys for Defendants
16                                           HARTFORD LIFE AND ACCIDENT
                                             INSURANCE COMPANY and PACIFIC
17                                           GAS TRANSMISSION COMPANY LONG
                                             TERM DISABILITY PLAN
18



IT IS SO ORDERED
Judge Samuel Conti

-1-

**STIPULATION ENLARGING TIME FOR FILING OF RESPONSE TO COMPLAINT**

Case No.: C-07-6016 SC