Glenn R. Kantor, Esq. - State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Alan E. Kassan, Esq. - State Bar No. 113864
  E-Mail: akassan@kantorlaw.net
Peter S. Sessions, Esq. - State Bar No. 193301
  E-Mail: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT- SAN FRANCISCO

| | |
|---|---|
| Bruce Pierce,<br><br>    Plaintiff,<br><br>    vs.<br><br>Hartford Life and Accident Insurance Company; and Pacific Gas Transmission Company Long Term Disability Plan,<br><br>    Defendants. | CASE NO: CV07 - 6016 SC<br><br>NOTICE OF PLAINTIFF'S ASSOCIATION OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED THAT Plaintiff is also represented by attorney Peter S. Sessions of the law firm of Kantor & Kantor, LLP

Dated: February 20, 2008          KANTOR & KANTOR, LLP


                          By:   */s/ Peter S. Sessions*
                                Peter S. Sessions
                                Attorney for Plaintiff
                                Bruce Pierce

1