United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pierce,<br><br>              Plaintiff(s),<br><br>   v.<br><br>Hartford Life & Accident Insurance Company,<br><br>              Defendant(s). | 07-06016 SC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-06016 SC                       -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: February 20, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Pierce v. Hartford Life & Accident Insurance Company

Case Number:    07-06016 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Alan Edward Kassan
> Kantor & Kantor, LLP
> 19839 Nordhoff Street
> Northridge, CA 91324
> akassan@kantorlaw.net
>
> Glenn R Kantor
> Kantor & Kantor, LLP
> 19839 Nordhoff Street
> Northridge, CA 91324
> gkantor@kantorlaw.net
>
> Peter Steffens Sessions
> Kantor & Kantor, LLP
> 19839 Nordhoff Street
> Northridge, CA 91324
> psessions@kantorlaw.net
>
> Thomas K. Hockel
> Kelly Herlihy & Klein
> 44 Montgomery Street, Suite 2500

    San Francisco, CA 94104
    thockel@kelher.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      */s/ Timothy Smagacz*
                                      _____
                                      ADR Administrative Assistant
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov