UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bruce Pierce

                Plaintiff(s),

v.

Hartford Life & Acc. Ins.
Co. et al.

                Defendant(s).
_____/

Case No. CV 07-6016 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 19 February 2008

                                            [Party]
                                            Plaintiff

Dated: February 21, 2008

                                            */s/ Peter S. Sessions*
                                            [Counsel]
                                            Peter S. Sessions

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---