UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-6016            SAMUEL CONTI            DATE March 7, 2008
Case Number          Judge

Title: BRUCE PIERCE            vs HARTFORD LIFE & ACCIDENT, et al.

Attorneys: PETER SESSIONS            THOMAS HOCKEL

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to 1/5/09 @ 9:30 A.M.          for Court Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

ORDERED AFTER HEARING: (See Status Conference Order for specific dates)

cc: