KELLY HOCKEL & KLEIN P.C.
THOMAS K. HOCKEL, State Bar No. 172367
44 Montgomery St., Suite 2500
San Francisco, California 94104-4798
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
thockel@khklaw.com

Attorneys for Defendants

KANTOR & KANTOR, LLP
ALAN E. KASSAN, State Bar No. 113864
PETER S. SESSIONS, State Bar No. 193301
19839 Nordhoff St.
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
akassan@kantorlaw.net
psessions@kantorlaw.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Pierce,<br><br>    Plaintiff,<br><br>vs.<br><br>Hartford Life & Accident Insurance Company; Pacific Gas Transmission Company Long Term Disability Plan,<br><br>    Defendants. | Case No. C 07-06016 SC<br><br>**STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE FOR DISPOSITIVE MOTION; [PROPOSED] ORDER** |

-1-
STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE FOR DISPOSITIVE
MOTION; [PROPOSED] ORDER
Case No. C 07-06016 SC

Plaintiff Bruce Pierce ("Plaintiff") and Defendants Hartford Life & Accident Insurance Company and Pacific Gas Transmission Company Long Term Disability Plan (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate to and request an order modifying the normal briefing schedule for dispositive motions in this matter, as follows:

1. Pursuant to the Court's March 7, 2008, scheduling order issued in this matter, trial is scheduled for January 5, 2009, the pretrial conference has been scheduled for December 19, 2008, and the last day for a hearing on dispositive motions is November 21, 2008.

2. Based on a hearing date of November 21, 2008, the last day to file dispositive motions normally would be October 17, 2008.

3. Defendants intend to file a dispositive motion; Plaintiff does not.

3. The parties have scheduled private mediation in this matter on October 16, 2008, with Denise Madigan of ADR Services, Inc., in Los Angeles, California.

4. The parties are hopeful that they will be able to resolve this case through mediation. They believe the chances for resolving the case in mediation will be maximized if they can avoid the spending attorney's fees on the dispositive motion.

5. Therefore, in order to increase the likelihood of a resolution, the parties have agreed to modify the normal briefing schedule for a dispositive motion in this matter, as set forth below, so the parties may attend the mediation before incurring the cost of briefing such a motion.

6. This is the parties' first request for any scheduling modification and the modification requested will not affect the pre-trial conference date or trial date.

WHEREFORE, the parties hereby stipulate (and request an order) as follows:

1. Defendants' motion for summary judgment, if any, shall be filed no later than October 31, 2008;

2. Plaintiff's opposition to Defendants' motion for summary judgment shall be filed no later than November 14, 2008;

-2-
**STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE FOR DISPOSITIVE MOTION; [PROPOSED] ORDER**

Case No. C 07-06016 SC

3.  Defendants waive the right to a reply brief;

4.  Defendants' motion for summary judgment shall set for hearing at 10:00 a.m. on November 21, 2008.

**IT IS SO STIPULATED.**

Dated: September 19, 2008          KANTOR & KANTOR LLP

By /s/ Peter S. Sessions
　　Peter S. Sessions
　　Attorney for Plaintiff

Dated: February 28, 2008          KELLY HOCKEL & KLEIN P.C.

By: /s/ Thomas K. Hockel
　　Thomas K. Hockel
　　Attorney for Defendants

### [PROPOSED] ORDER

Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1.  Defendants' motion for summary judgment, if any, shall be filed no later than October 31, 2008;

2.  Plaintiff's opposition to Defendants' motion for summary judgment shall be filed no later than November 14, 2008;

3.  Defendants waive the right to a reply brief;

4.  Defendants' motion for summary judgment shall set for hearing at 10:00 a.m. on November 21, 2008.

**IT IS SO ORDERED.**

Dated: 9/22/08

UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

IT IS SO ORDERED

-3-
STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE FOR DISPOSITIVE MOTION; [PROPOSED] ORDER
Case No. C 07-06016 SC