1  Alan E. Kassan, State Bar No. 113864
     E-Mail: akassan@kantorlaw.net
2  Peter S. Sessions, State Bar No. 193301
     E-Mail: psessions@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (Tel)
5  (818) 350-6272 (Fax)

6  Attorneys for Plaintiff
   Bruce Pierce
7

8                UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

11  Bruce Pierce,                    )  Case No. CV 07-6016 SC
                                     )
12          Plaintiff,                )
                                     )  STIPULATION AND [PROPOSED]
13                                   )  ORDER DISMISSING ENTIRE
                                     )  ACTION WITH PREJUDICE
14      vs.                          )
                                     )
15                                   )
    Hartford Life and Accident Insurance )
16  Company; Pacific Gas Transmission )
    Company Long Term Disability Plan, )
17                                   )
            Defendants.              )
18  _____  )

1

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel of record, that this entire action shall be dismissed with prejudice, each party to bear its own respective costs and attorneys fees.

DATED: November 14, 2008     KANTOR & KANTOR, LLP

/s/ Peter S. Sessions
Peter S. Sessions
Attorneys for Plaintiff
Bruce Pierce

DATED: November 14, 2008     KELLY, HOCKEL & KLEIN, P.C.

/s/ Thomas K. Hockel (As authorized on 11/14/08)
Thomas K. Hockel
Attorneys for Defendants
Hartford Life and Accident Insurance Company and Pacific Gas Transmission Company Long Term Disability Plan

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

DATED: 11/14/08

IT IS SO ORDERED

The Honorable
U.S. District

Judge Samuel Conti